IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,   )</br>            **Plaintiff,**   )</br>v.   )</br>**AHMAD BISHAWI,**   )</br>            **Defendant.**   ) | Case No. 97-CR-40044-MJR |

## ORDER

**REAGAN, District Judge:**

      Ahmad Bishawi recently appealed (Doc. 363) the Court's denial of his motion under 18 U.S.C. § 3582 (Doc. 362). His appeal is frivolous. Because of his prior convictions and the amount of cocaine base involved in the crime, the Court sentenced him under a mandatory minimum sentence of 20 years, not under the amended guidelines that he relies upon in his motion. As the Seventh Circuit has already ruled in this case, "Bishawi's sentence of 20 years' imprisonment was the *lowest* he could have received, given his prior convictions and his agreement to distribute more than 50 grams of crack." *United States v. Bishawi*, 109 F. App'x 813, 814 (7th Cir. 2004) (docketed in this case at Doc. 330). No reasonable person could suppose that Bishawi's appeal has merit, meaning that Bishawi lacks a good-faith basis for his appeal. *See Walker v. O'Brien*, 216 F.3d 626, 632 (7th Cir 2000). Pursuant to 28 U.S.C. § 1915(a)(3) and Federal Rule of Appellate Procedure 24(a)(3)(A), the Court **CERTIFIES** that Bishawi's appeal (Doc. 363) is not taken in good faith. The Clerk of Court shall transmit this Order to the Court of Appeals for the Seventh Circuit.

      IT IS SO ORDERED.

      DATED May 3, 2010.

                                            s/ Michael J. Reagan
                                            **MICHAEL J. REAGAN**
                                            **United States District Judge**